United States Court of Appeals
Fifth Circuit

**F I L E D**

April 21, 2004

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-10567
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ANTHONY B. BENAVIDES,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:01-CR-245-ALL-P
--------------------

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM:*

     The Assistant Federal Public Defender appointed to represent
Anthony Benavides has filed a motion to withdraw as counsel and a
brief pursuant to Anders v. California, 386 U.S. 738 (1967).
Benavides has not filed a response.  Our independent review of
the brief and the record discloses no nonfrivolous issue.  The
motion for leave to withdraw is GRANTED, counsel is excused from
further responsibilities herein, and the APPEAL IS DISMISSED.
See 5TH CIR. R. 42.2.

_____

     * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.